UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL PETERSON, ON BEHALF OF MINOR, J.P., <br><br> Plaintiff, <br><br> v. <br><br> YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, YAMAHA MOTOR CO., LTD., and DOES 1 through 100, inclusive, <br><br> Defendants. | Civil File No.: 09-1646 (PAM/AJB) <br><br><br> **ORDER ON MOTION FOR STAY** |

On consideration of Defendants Yamaha Motor Corporation, U.S.A. and Yamaha

Motor Manufacturing Corporation of America's Motion to Stay, the filings made in

support thereof and in opposition thereto, and the argument of the parties, it is hereby

ORDERED, ADJUDGED, and DECREED that defendants' motion is GRANTED.  It is

further ORDERED that all proceedings in this matter are hereby stayed until further order

of the Court.

      Dated this __3rd__ day of __August__, 2009.

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Judge
